# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | | |
|---|---|---|
| Lori A. Busby and George Busby, | ) | Civil Action #: 9:15-cv-03603-CWH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| Air Methods Corporation, | ) | |
| Rocky Mountain Holdings, LLC, | ) | |
| LifeNet Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff Lori A. Busby and George Busby hereby move pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and respectfully requests that this action be voluntarily dismissed without prejudice.

This action was filed by Plaintiffs on September 8, 2015 with jurisdiction based upon diversity of citizenship among the parties as Plaintiffs believed that all parties were diverse. Once counsel for Defendants entered an appearance, it became known that certain defendants have principal places of business and/or residence in the state of Colorado. Plaintiffs are also citizens and residents of Colorado. Therefore, complete diversity is not present here. Plaintiffs seek to dismiss this complaint without prejudice so that they may refile in the appropriate state court forum.

**[Signature Page to Follow]**

**RIKARD & PROTOPAPAS, LLC**

*s/Robert G. Rikard*
Robert G. Rikard (Fed ID#: 6938)
1329 Blanding Street
Columbia, South Carolina 29201
POB 5640 (29250)
Telephone: 803.978.6111
Facsimile: 803.978.6112
Email: rgr@rplegalgroup.com

Attorneys for Plaintiffs

**Janik L.L.P.**

*s/Steven Janik*
Steven G. Janik
9200 South Hills Blvd., Suite 300
Cleveland, Ohio 44147
Telephone: 440.838.7600
Email: steven.janik@janiklaw.com

Lovic A. Brooks, III
1122 Lady Street, Suite 1025
Columbia, S.C. 29202
Telephone: 803.254.5300
Email: lovic.broooks@janiklaw.com

Attorneys for Defendants

Columbia, South Carolina
December 8, 2015